Filed 11/5/13  P. v. Vanheuver CA2/6
**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>MICHAEL BRET VANHEUVER,<br><br>    Defendant and Appellant. | 2d Crim. No. B248971<br>(Super. Ct. No. F473603)<br>(San Luis Obispo County) |

Michael Bret Vanheuver killed his mother, Lisa Vanheuver, by strangulation.  He then called the police.  Officers arrived at the house, took him in to custody and he confessed almost immediately.  Vanheuver also confessed to his aunt when she visited him in jail.  He pled no contest to second degree murder (Pen. Code, § 187), was sentenced to state prison for a term of 15  years to life and now appeals.

We appointed counsel to represent appellant in this appeal.  After counsel's examination of the record, he filed an opening brief raising no issues.  On August 30, 2103, we advised appellant that he had 30 days in which to personally submit any contentions that he wished to raise on appeal.  We have received no supplemental brief from appellant.

We have conducted an independent review of the record and are satisfied appellant's attorney has fully complied with his responsibilities and that no arguable

issues exist.  (*People v. Wende* (1979) 25 Cal.3d 436, 441; *People v. Kelley* (2006) 40 Cla.4th 106, 126.)

The judgment is affirmed.

NOT TO BE PUBLISHED.


YEGAN, J.


We concur:


GILBERT, P.J.


PERREN, J.

John A. Trice, Judge

Superior Court County of San Luis Obispo

_____

California Appellate Project, under appointment by the Court of Appeal, Jonathan B. Steiner, Executive Director and Richard B. Lennon, Staff Attorney, for Defendant and Appellant.